# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2026-0204
LT Case No. 05-2020-CF-035357-A

————————————————

LARRY EUGENE BELL, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Blaise Trettis, Public Defender, Melbourne, and Michael Mario Pirolo, Chief Assistant Public Defender, Viera, for Petitioner.

No Appearance for Respondent.

March 27, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the December 17, 2025 judgment and sentence rendered in Case No. 05-2020-CF-035357-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____